**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| Jesus A. Alonso Martinez, | | |
| | *Plaintiff,* | Case No. 3:26-cv-50101 |
| v. | | Honorable Michael F. Iasparro |
| United States of America, | | |
| | *Defendant.* | |

## REPORT AND RECOMMENDATION

Case called for an in-person hearing on 4/23/2026. Plaintiff Jesus A. Alonso Martinez did not appear. This is the second time Plaintiff has failed to appear in violation of this Court's orders. Previously, on 4/7/2026, Plaintiff failed to appear at the initial status hearing. The Court's order setting the hearing scheduled for 4/7/2026 was mailed to Plaintiff at his address on the docket. Dkt. 4. The Court's mailing was not returned as undeliverable. This Court set the matter over for an in-person hearing on 4/23/2026 and warned Plaintiff that his failure to appear may result in a report and recommendation that this case be dismissed for want of prosecution. Dkt. 6. The Court's order was mailed to Plaintiff at his address on the docket and emailed to Plaintiff at his email address on the docket. The mailing was not returned as undeliverable. Nevertheless, Plaintiff failed to appear on 4/23/2026 and has not notified the Court or defense counsel of any reason why he was unable to appear. Therefore, it is this Court's report and recommendation that the case be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Any objection to this report and recommendation must be filed by 5/7/2026. *See* Fed. R. Civ. P. 72(b). The failure to file a timely objection may result in the waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-61 (7th Cir. 1989). The Clerk is directed to mail a copy of this order to Plaintiff and to email a copy to Plaintiff at the email address listed on the docket. *See* Dkt. 1.

Entered: April 23, 2026                    By: _____

Michael F. Iasparro
United States Magistrate Judge

1