**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Jesus A. Alonso Martinez | ) | |
| Plaintiff, | ) | |
| | ) | No. 26 CV 50101 |
| v. | ) | Judge Iain D. Johnston |
| | ) | |
| United States of America, | ) | |
| Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is Magistrate Judge Iasparro's Report and Recommendation that this case be dismissed based on Mr. Martinez's multiple failures to appear.  Dkt. 7.  According to the Report and Recommendation, Mr. Martinez did not appear for an in-person status hearing scheduled for 4/23/2026, even though he was sent notice both by e-mail and first-class mail, and the first-class mail was not returned as undeliverable.  His failure to appear on 4/23/2026 followed a similar failure to appear on 4/7/2026, also after receiving notice.  Dkt. 6.  Judge Iasparro mailed the Report and Recommendation to Mr. Martinez to 5/7/2026 to object, and that mail was also not returned as undeliverable.  To date, Mr. Marintez has not objected.  Judge Iasparro warned Mr. Martinez that any failure to appear on 4/23/2026 would result in a Report and Recommendation that his case be dismissed.  In light of Mr. Martinez' numerous failures to appear, even after being warned that his case would be dismissed, and his failure to object the Judge Iasparro's recommendation that his case be dismissed, this Court accepts the Report and Recommendation [7].  This case is dismissed under Fed. R. Civ. P. 41(b) for failure to prosecute. The defendants' motion to dismiss [3] is denied as moot.  Civil case terminated.

By: _____

Date:  May 29, 2026

Iain D. Johnston
United States District Judge